# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG GAMBLE, et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>       Defendant(s). | 2:13-CV-1009 JCM (PAL) |

## ORDER

Presently before the court is defendant's motion to consolidate this action with two related cases. (Doc. # 25). On November 20, 2013, the court granted a stipulation which consolidated the cases in the manner requested by the instant motion. (Doc. # 41). As these matters have already been consolidated, the motion will be denied as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to consolidate (doc. # 25) be, and at the same time hereby is, DENIED as moot.

DATED December 3, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**