1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   CRAIG GAMBLE, et al.                          Case No. 2:13-cv-01009-JCM-PAL

8                              Plaintiff,                    ORDER

9         v.                                          (Emg. Mot Compel – Dkt. #171)

10  BOYD GAMING CORPORATION,

                               Defendant.

11
12       Before the court is Plaintiffs' Emergency Motion to Compel (Dkt. #171) filed November

13  6, 2014 requesting that Defendant produce the last four digits of social security numbers for

14  persons whom Plaintiffs cannot identify to effectuate service of the court-ordered judicial notice.

15  Defendant filed a Statement of Non-Opposition to Plaintiffs' Emergency Motion to Compel

16  (Dkt. #176) on November 12, 2014.  Accordingly,

17       **IT IS ORDERED** that Plaintiffs' Emergency Motion to Compel (Dkt. #171) is

18  **GRANTED**.

19       DATED this 17th day of November, 2014.

20
21
22                                                   PEGGY A. LEEN
                                                     UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1