**NICHOLS KASTER PLLP**
MICHELE R. FISHER*
fisher@nka.com
REBEKAH L. BAILEY*
bailey@nka.com
ASHLEY R. THRONSON*
athronson@nka.com
4600 IDS Center
80th South Eighth Street
Minneapolis, MN  55402
Phone:  (612) 256-3200
Fax:  (612) 338-4878

*Admitted Pro Hac Vice*

**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
jsc@cogburnlaw.com
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Phone:  (702) 384-3616
Fax:  (702) 943-1936

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG GAMBLE, MICHAEL SIMMONS, RICHARD CALDWELL, KATHY BELMONTE, MARIA HIGH, and SALVADOR HERNANDEZ, individually on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive, <br><br> Defendant. | Consolidated Case Nos.: <br><br> 2:13-cv-1009-JCM-PAL; <br> 2:13-cv-01043-JCM-PAL; <br> 2:13-cv-01801-JCM-PAL. <br><br> **STIPULATION TO STAY DEADLINES AND [PROPOSED] ORDER** <br><br> **(Fifth Request)** |

This stipulation is entered into by and between Plaintiffs Craig Gamble, Michael Simmons, Richard Caldwell, Kathy Belmonte, and Maria High, individually and on behalf of similarly situated employees ("Plaintiffs") and Defendant Boyd Gaming Corporation ("Defendant") (collectively "the parties") in the above-captioned consolidated actions by and through their attorneys of record:

## I) THE PARTIES' SETTLEMENT & STIPULATION TO VACATE ALL PENDING DATES

**WHEREAS**, the parties met before a qualified third-party neutral in Los Angeles, California on Tuesday, April 7, 2015, to engage in good faith settlement discussions;

**WHEREAS**, at day's end, the parties reached a settlement agreement on all material terms, signing a memorandum of understanding they agreed is binding and enforceable and admissible to enforce its terms;

**WHEREAS**, as reflected in the memorandum of understanding, Plaintiffs agreed to file their motion for preliminary approval of the settlement no later than May 7, 2015; and

**WHEREAS**, as reflected in the memorandum of understanding, the parties agreed, subject to court approval, to stay the litigation pending the Court's evaluation of the settlement.

**NOW, THEREFORE**, pursuant to Local Rule 6-1, it is hereby stipulated and agreed by and between the parties that good cause exists to vacate all dates and deadlines currently set in the action. Plaintiffs will file their motion for preliminary approval no later than May 7, 2015.

## II) PREVIOUS MODIFICATIONS TO THE SCHEDULING ORDER

In compliance with Local Rule of Civil Procedure 6-1, the parties submit the following information regarding previous extensions granted in the case:

**WHEREAS**, on December 26, 2013, the Court approved the parties' stipulation proposing revised scheduling dates, (ECF No. 50);

**WHEREAS**, on May 20, 2014, the Court granted the parties' request that the Court vacate the operative deadlines pending the Court's ruling on plaintiffs' motion for conditional certification, (ECF No. 85);

**WHEREAS,** after the Court ruled on plaintiffs' motion, the Court subsequently adopted

NICHOLS KASTER PLLP
4600 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
(612) 256-3200 (612) 338-4878

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Suite 200
Henderson, Nevada 89052
(702) 384-3616 FAX: (702) 943-1936

1

the parties' proposed schedule, (ECF No. 98);

**WHEREAS**, on January 12, 2015, the Court granted in part Plaintiffs' motion for modification of the scheduling order, (ECF No. 213); and

**WHEREAS**, in granting Defendant's motion to compel opt-in plaintiff depositions on April 6, 2015, the Court extended the deadline to file dispositive motions by one month, (ECF No. 240).

**SO STIPULATED**:

| | |
|---|---|
| Dated: April 9, 2015 | Dated: April 9, 2015 |
| NICHOLS KASTER, PLLP | MORRISON & FOERSTER LLP |
| By:   /s/Rebekah L. Bailey | By:   /s/Nancy Thomas (with permission) |
|     REBEKAH L. BAILEY |     NANCY THOMAS |
| COGBURN LAW OFFICES | KAMER ZUCKER ABBOTT |
| Attorneys for Plaintiffs | Attorneys for Defendant |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall have until May 7, 2015, to file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation will be filed.

Dated this 13th day of April, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

2

**FILER'S ATTESTATION**

I, Rebekah L. Bailey, am the ECF user whose identification and password are being used to file this **STIPULATION TO STAY DEADLINES AND [PROPOSED] ORDER**.  In compliance with Special Order No. 109, I hereby attest that the other above-named signatory concurs in this filing.

Dated:  April 9, 2015                                       /s/ Rebekah L. Bailey

**PROOF OF SERVICE**

I hereby certify that on Monday, April 9, 2015, I caused the following documents to be served:

**STIPULATION TO STAY DEADLINES AND [PROPOSED] ORDER**;

using the following method:

**CM/ECF Filing** with the United States District Court of Nevada;

to the following counsel of record:

> **Scott M. Abbott**
> **KAMER ZUCKER ABBOTT**
> **3000 West Charleston Blvd., Suite 3**
> **Las Vegas, NV 89702**
> **sabot@kzalaw.com**
>
> **Karen J. Kubin**
> **Derek F. Foran**
> **MORRISON & FOERSTER LLP**
> **425 Market Street**
> **San Francisco, CA 94105-2482**
> **kkubin@mofo.com**
> **dforan@mofo.com**
>
> **Nancy R. Thomas**
> **MORRISON & FOERSTER LLP**
> **707 Wilshire Blvd, Suite 6000**
> **Los Angeles, CA 90017-3543**
> **nthomas@mofo.com**

Date: April 9, 2015                                   /s/ Rebekah L. Bailey

                                                      Rebekah L. Bailey

NICHOLS KASTER PLLP
4600 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
(612) 256-3200 (612) 338-4878

COGBURN LAW OFFICES
2879 St. Rose Pkwy., Suite 200
Henderson, Nevada 89052
(702) 384-3616 FAX: (702) 943-1936