UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CRAIG GAMBLE, et al.<br><br>Plaintiffs,<br>v.<br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:13-cv-01009-JCM-PAL<br><br>ORDER |

Before he court is Defendant's Notice of Change in Counsel (Dkt. #249) filed November 30, 2015, and Plaintiff's Notice of Change of Counsel (Dkt. #251).

The Notice (Dkt. #249) states that David P. Zins, an attorney for Defendant Boyd Gaming Corporation, has left the firm of Morrison & Foerster LLP.  The notice requests that Mr. Zins be removed from the service list.  Defendant Boyd Gaming Corporation will continue to be represented by other counsel who have already made appearances in this matter.

The Notice (Dkt. #251) states that Andrew Rempfer, an attorney for Plaintiffs, has left the firm of Cogburn Law Offices.  The notice requests that Mr. Rempfer be removed from the service list.  Plaintiffs will continue to be represented by other counsel who have already made appearances in this matter.

Accordingly,

**IT IS ORDERED** that the parties' Notices of Change in Counsel (Dkt. ##249, 251) are **GRANTED**, and attorneys David P. Zins for Defendants and Andrew Rempfer for Plaintiffs, shall be removed as counsel and from the CMECF service list.

DATED this 8th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE