UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRAIG GAMBLE, et al.<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br>BOYD GAMING CORPORATION,<br>　　　　　　　　　Defendant. | Case No. 2:13-cv-01009-JCM-PAL<br>Case No. 2:13-cv-01043-JCM-PAL<br>Case No. 2:13-cv-01801-JCM-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION**<br><br>(Mot. Final Settlement Approval – ECF No. 257) |

Before the court is Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 257). No opposition to the Motion was filed and the deadline for filing a response has now expired. This Motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

On July 11, 2016, the court entered an Order (ECF No. 256) granting Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (ECF No. 250). The court preliminarily approved the proposal as fair, adequate, and reasonable, and directed Plaintiffs to send the approved notice to all collective members. Plaintiffs' counsel subsequently distributed notices of settlement and dismissal. As a result, 1,165 of the eligible Plaintiffs consented to the settlement during the acceptance period, or 69% ("Settling Plaintiffs"). The Settling Plaintiffs' allocations amount to $192,173.79 of the total allocation of $207,500, which represents 93% of the total allocation. The individuals with the most substantial allocations overwhelmingly accepted the settlement. *See* Decl. of Rebekah L. Bailey (ECF No. 257-1) (noting that "97% of the Noticed Plaintiffs allocated over $300.00 accepted their settlements"). For the reasons set forth in detail in the Order (ECF No. 256), the court finds that the parties' settlement is fair, adequate and reasonable under the

circumstances and will recommend that the district judge grant final approval and enter judgment accordingly.

Based on the foregoing,

**IT IS RECOMMENDED** that

1. Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 257) be GRANTED.
2. The Clerk of the Court be instructed to enter judgment
    a. DISMISSING WITH PREJUDICE the claims of the Plaintiffs identified in Motion Exhibit A (ECF No. 257-2).
    b. DISMISSING WITHOUT PREJUDICE the claims of the Plaintiffs identified in Motion Exhibit C (ECF No. 257-15).

DATED this 8th day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE