KAREN J. KUBIN (Pro Hac Vice)
KKubin@mofo.com
DEREK F. FORAN (Pro Hac Vice)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NANCY R. THOMAS (Pro Hac Vice)
NThomas@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

SCOTT M. ABBOTT (#4500)
sabbott@kzalaw.com
JEN J. SARAFINA (#9679)
jsarafina@kzalaw.com
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Telephone: 702.259.8640
Facsimile: 702.259.8646

Attorneys for Defendant
BOYD GAMING CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG GAMBLE, an individual; MICHAEL SIMMONS, an individual; RICHARD CALDWELL, an individual; on behalf of themselves and all others similarly situated as referenced herein,<br><br>Plaintiffs,<br><br>v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01009-JCM-PAL<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br><br>CONSOLIDATED WITH |

|   |   |
|---|---|
| KATHY BELMONTE, an individual; MARIA HIGH, an individual, on behalf of themselves and all others similarly situated as referenced herein,<br><br>        Plaintiffs,<br><br>vs.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>        Defendants. | Case No. 2:13-CV-01043-JCM-PAL<br><br>CONSOLIDATED WITH |
| SALVADOR HERNANDEZ, an individual, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-01801-JCM-PAL |

Pursuant to the Court's order (ECF No. 264) instructing the parties to prepare and file an appropriate stipulated judgment for the Court's signature, plaintiffs Kathy Belmonte, Richard Caldwell, Craig Gamble, Maria High and Michael Simmons, on one hand, and defendant Boyd Gaming Corporation, on the other hand, hereby stipulate, by and through their respective counsel, that the Court may enter the Judgment attached as Exhibit A hereto.

| | |
|---|---|
| Dated: March 7, 2017 | Dated: March 7, 2017 |
| NICHOLS KASTER PLLP | MORRISON & FOERSTER LLP |
| COGBURN LAW OFFICES | KAMER ZUCKER ABBOTT |
| By: /s/ Rebekah L. Bailey<br>     Rebekah L. Bailey | By: /s/ Karen J. Kubin<br>     Karen J. Kubin |
| Attorneys for Plaintiffs<br>KATHY BELMONTE, RICHARD CALDWELL, CRAIG GAMBLE, MARIA HIGH AND MICHAEL SIMMONS | Attorneys for Defendant<br>BOYD GAMING CORPORATION |

FILER'S ATTESTATION

I, Karen J. Kubin, am the ECF user whose identification and password are being used to file this STIPULATION FOR ENTRY OF JUDGMENT. In compliance with Special Order No. 109, I hereby attest that the other above-named signatory concurs in this filing.

Dated: March 7, 2017

/s/ Karen J. Kubin

# **CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of March 2017, the undersigned, an employee of Morrison & Foerster LLP, served a copy of the foregoing STIPULATION FOR ENTRY OF JUDGMENT through the Electronic Case Filing System of the United States District Court, District of Nevada to:

>    Michele R. Fisher
>    Rebekah L. Bailey
>    Nichols Kaster PLLP
>    4600 IDS Center
>    80th South Eighth Street
>    Minneapolis, MN 55402
>
>    Jamie S. Cogburn
>    Andrew L. Rempfer, Esq.
>    Cogburn Law Offices
>    2879 St. Rose Parkway, Suite 200
>    Henderson, Nevada 89052
>
>    Scott M. Abbott
>    Jen J. Sarafina
>    Kamer Zucker Abbott
>    3000 West Charleston Boulevard, Suite 3
>    Las Vegas, Nevada 89102-1990

By: /s/ Karen J. Kubin
An employee of Morrison & Foerster LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG GAMBLE, an individual; MICHAEL SIMMONS, an individual; RICHARD CALDWELL, an individual; on behalf of themselves and all others similarly situated as referenced herein,<br><br>Plaintiffs,<br><br>v.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01009-JCM-PAL<br><br>**JUDGMENT**<br><br>CONSOLIDATED WITH |
| KATHY BELMONTE, an individual; MARIA HIGH, an individual, on behalf of themselves and all others similarly situated as referenced herein,<br><br>Plaintiffs,<br><br>vs.<br><br>BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No. 2:13-CV-01043-JCM-PAL<br><br>CONSOLIDATED WITH |

|   |   |   |
|---|---|---|
| 1 | SALVADOR HERNANDEZ, an individual, and on behalf of all others similarly situated, | Case No. 2:13-cv-01801-JCM-PAL |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | BOYD GAMING CORPORATION, a Nevada corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive, | |
| 6 | | |
| 7 | Defendants. | |

The Court having entered its final approval order (ECF No. 264) adopting Magistrate Judge Leen's report and recommendation (ECF No. 259) in its entirety, granting the unopposed motion for final settlement approval filed by plaintiffs Kathy Belmonte, Richard Caldwell, Craig Gamble, Maria High and Michael Simmons (ECF No. 257), approving the parties' Stipulation of Settlement and Release (ECF No. 250-2), dismissing the settling plaintiffs (ECF No. 257-2) with prejudice, and dismissing the non-settling plaintiffs (ECF No. 257-15) without prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in the above-captioned consolidated actions on the final approval order (ECF No. 264), the Stipulation of Settlement and Release (ECF No. 250-2) shall be given full force and effect, all payments due thereunder shall be made and administered in accordance with its terms, and except as set forth therein, the parties shall bear their own attorneys' fees and costs. Without affecting the finality of this Judgment, the Court will retain jurisdiction with respect to the implementation and enforcement of the terms of the settlement.

The clerk shall enter this Judgment forthwith.

Dated: March 8, 2017.

_____
James C. Mahan
United States District Judge

JUDGMENT
sf-3746692

2